# 067520

# UNITED STATES COURT OF FEDERAL CLAIMS

The Clerk's Office
717 MADISON PL. N.W. WASHINGTON D.C. 20005.
Case No. 07-577 C

(**Appeal,** December 27, 2007)

FILED
DEC 27 2007
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * * * * * *
VOLODYMYR NAYMENKO *
Plaintiff, pro se *
*
*
*
*
*
THE UNITED STATES OF *
AMERICA, *
Defendants *
* * * * * * * * * * * * * * * * * * * * *

HONORABLE JUDGE,

I want to appellate jurisdiction of both, law and facts of dission that was made November 30, 2007.

My compaint has strong jurisdiction of this court pursuant to 28. U.S.C. §1491. According my pro se status, patent PCT-WO 95/21037,#1648,1647, 1649, Copyrryght #Vau411-771;TXu831-885;#TXu1-208-374,TM76/669582.

No other court can make a dission of such task.

Violation of constitution law USA ARTICLE I (Section 8, [8],[10] ), ARTICLE IV (Section 2), AMENDMENT XIV (Section 1 ), AMENDMENT XXI (Section 2).

I already filed in the Federal District Court, and in general jurisdiction with this reason I want to file for an appeal:
SUOERIOR COURT OF CALFORNIA, COUNTY OF LA No: BC247015

DEP.78: WCAB of CALIFORNIA No:VNO406509; CENTRAL DISTRICT OF CALIFORNIA No: CV07-577C.

This is not my insurance, its there insurance Anesko,Technikal Trouble Shooting FED ID number 95- 4525484.

Mark Polan, CA BAR#080537 TAX ID number 95-4204453

(see attachment 7 page, check)

DATE: December 27, 2007

Naumenko, Vladimir

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 07/29/04

DEPT. 78

HONORABLE WILLIAM F. FAHEY JUDGE

KIM SILVY DEPUTY CLERK

HONORABLE JUDGE PRO TEM

ELECTRONIC RECORDING MONITOR

#13

CANDICE CAMPOS, C/A Deputy Sheriff

BILLIE JO KAMARA #3535 Reporter

9:30 am BC247015

VOLODYMYR NAUMENKO
VS
TECHNICAL TROUBLE SHOOTING INC

170.6/plff/JUDGE DAU

Plaintiff Counsel: LEODIS MATTHEWS (X)

Defendant Counsel: STEPHEN BENARDO (X)
BETH SCHROEDER (X)

**NATURE OF PROCEEDINGS:**

FINAL STATUS CONFERENCE;

MANDATORY SETTLEMENT CONFERENCE:

The Court,counsel and parties confer in chambers.

A Settlement is reached, the terms of which are placed on the record, in the notes of the official court reporter.

Trial date is vacated.

An Order to Show Cause Re: dismissal, is set for the date of 09-14-04 at 8:30 a.m. in this department.

Where is
take my
transcript

Page 1 of 1 DEPT. 78

MINUTES ENTERED
07/29/04
COUNTY CLERK

DIVISION OF WORKERS' COMPENSATION

**WORKERS' COMPENSATION APPEALS BOARD**

# NOTICE OF HEARING

**DATE OF SERVICE:** *08/11/2005*

**WCAB CASE NBR(s):** *VNO 0406509*

**EMPLOYEE:** *VOLODYMYR NAUMENKO*

**EMPLOYER:** *TECHNICAL TROUBLE SHOOTING*

**INSURER:** *GRANITE STATE INSURANCE CO*

**TYPE OF HEARING:** *TRIAL*

**DATE OF HEARING:** *10/19/2005* *WEDNESDAY*

**TIME OF HEARING:** *8:30*

**LENGTH OF HEARING:** *FULL DAY*

**LOCATION:** *6150 VAN NUYS BLVD #110*
*VAN NUYS CA 91401*

**JUDGE:** *S. MICHAEL COLE*

**SPECIAL COMMENTS/INSTRUCTIONS:**

You are hereby notified that the above entitled case is set for hearing before the Division of Workers' Compensation of the State of California. Continuances are not favored and will be granted only upon clear showing of good cause. Please arrive before scheduled appearance time.

NOTICE TO PARTIES: **Disability accommodation is available upon request.** Any person with a disability requiring an accommodation, auxiliary aid or service, or a modification of policies or procedures to ensure effective communication and access to the programs of the Division of Workers' Compensation, should contact the **Disability Accommodation Coordinator** at the local District Office of the WCAB, or **the state-wide Disability Accommodation Coordinator at 1-866-681-1459 (toll free). The state-wide Coordinator can also be reached through the California Relay Service, by dialing 711 or 1-800-735-2929 (TTY) or 1-800-855-3000 (TTY-Spanish).**

Accommodations can include modifications of policies or procedures or provision of auxiliary aids or services. Accommodations include, but are not limited to, an Assistive Listening System (ALS), a Computer-Aided Transcription System or Communication Access Realtime Translation (CART), a sign language interpreter, documents in Braille, large print or on computer disk, and audio cassette recording. Accommodation requests should be made as soon as possible. Requests for an ALS or CART should be made no later than five (5) days before the hearing.

NOTICE TO INSURER: The employer will not receive Notice of Hearing.

WC01

OFFICE: VNO CASE OPTIONS MENU WCMP015
STATUS: CONFERENCE VNO 0406509 WCPM029
STATUS DATE: 05 14 07 AT 01 30
LAST MOVEMENT: TO JUDGE
MOVEMENT DATE: 03 20 07
JUDGE: 542 COLE

NAUMENKO VLADIMIR
5311 CORTEEN PL., #27

NORTH HOLLYWOOD CA 91607
SSN: 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 ( ) -

INJURY BEGIN DATE: 05 ?? 97
INJURY END DATE: 03 30 00
DATE OF BIRTH: 06 04 54

CASE OPTIONS
------------
(A) MODIFY INJURED WORKER
(B) VIEW/MODIFY INJURY INFO
(C) CREATE NEW WCAB CASE
(D) REVIEW CASE HISTORY
(E) PRINT ADDRESS RECORD
(F) CASE ACTIVITY PROCESSING
(L) HEARING PROCESS
(M) ADDRESS LABELS

VIEW/JOIN/DISMISS:
------------------
(G) DEFENDANTS/LAWFIRMS
(J) INJURED WORKER LAWFIRM
(I) LIENS/OTHER PARTIES
(H) APPLICANTS/LAWFIRMS
(K) REVIEW ADDRESS RECORD

_ SELECT OPTION

COMPANION CASES SCROLL ==== PRESS <PF16>

5/14/2007
1:30
Status Conference
Judge Cole

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

NAUMENKO VLADIMIR (VOLODYMYR)
5311 CORTEEN PL. APRT. 27
N.HOLLYWOOD, CA 91607

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NAUMENKO, VLADIMIR (VOLODYMYR)

Plaintiff(s),

v.

TECHNICAL TROUBLE SHOOTING, ANESKO, UNIVERSAL CARE INS, GOLDEN EGLE INS, GRANITE STATE INS. BY AIG;, LEVKOVS

Defendant(s)

CASE NUMBER N/o. 07-577C

~~CV 07-05050~~

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for NAUMENKO, VLADIMIR (VOLODYMYR) (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY** **CONNECTION**

(List the names of all such parties and identify their connection and interest.)

1. 08/08/1996,I won a green card in National VisaCenter Case# 97 EU-00000291
2.11/14/1996, (14:32) FBI fingerprint US Embassy Kiev -UA, Receipt #97001778; 97001779.
3.12/30/1996, Medical Exam in International Organization for Migration (IOM), Receipt 97-EU-00000291.
4. 01/16/1997, Medical Exam in IOM, Receipt 97-EU-00000291
5. 02/03/1997, (10:52) Conversation Miting US Embassy Warshawa - Poland,Receipt #97006000; 97006032.
6. 05/10/1997, I arrived in New York,Airport Kenedy, Ticket # DL1365612337;DL1365612338;DL1365612339;DL1365612340
7. 05/15/1997, take rent 5311 Corteen PL. #27 N.Hollywood,CA
8. 05/20/1997, I was taken to work for the "ANESKO"T.T.SH."; 24932 AV.Kearny Unit 1,Valencia,CA 91355
9. 06/04/1997, I receved green card #A45688457.

1. I have a master degree Diploma BT#425183; TB#804668
2. I had to quit my job on 03/14/97 so I could move to US . Received for eligibility of a visa are 5 year working status, and a masters degree education.
3. 1995-1996 registered Utility Patent -PCT - WO 95/21037 -NATION: US,CN,JP,RU,UA;EVROPATENT;OAPI;
4. 1997 i am resedent USA - receved PATENT - UA Postals Stamps Billboard-notification #1648;1647;1649
5. 1997 i am reseved Copyryght Washengton D.C. #VAu 411-771; TXu 831-885;VAu 417-685; #TXu1-208-374"OFFERING FOR GOVERNMENT FOR USEAGE OF POSTAL SRAMPS ADVERTISMENT-NOTIFICATION-BILLBOARD LIKE AN ECONOMICAL OFFERING"
6. 05/22/1998, USPS, Washengton D.C. approved, yes yes...

8/3/07
Date

LODGED
CLERK, U.S. DISTRICT COURT
AUG - 3 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ______ DEPUTY

Sign [signature]

Attorney of record for or party appearing in pro per

stamps.com

Already a customer? Click here.

An approved licensed vendor UNITED STATES POSTAL SERVICE. PC Postage

Features and Benefits | How It Works | Testimonials | FAQs | Start Trial

stamps.com

# Company Info: Company Overview



**Ken McBride** **President and Chief Executive Officer**
Ken McBride has been President and CEO of Stamps.com since August 2001 and also served as the CFO from October 2000 to January 2004. Previously, Mr. McBride served as the Senior Director of Finance for the company from April 1999 to October 2000. Before Stamps.com, Mr. McBride was a research analyst for Salomon Smith Barney covering several industries in the high technology area. Mr. McBride has also worked as an engineer and manager in the semiconductor industry.

Mr. McBride holds a bachelor's degree, with honors, and a master's degree in Electrical Engineering from Stanford University. Mr. McBride also holds an MBA from the Graduate School of Business at Stanford University.



**Kyle Huebner** **Chief Financial Officer**
Kyle Huebner has been Chief Financial Officer of Stamps.com since January 2004. Mr. Huebner was also Vice President of Marketing from October 2001 to January 2004, Vice President of Corporate Strategy from January 2000 to October 2001 and Senior Director of Corporate Strategy from January 1999 to 2000. Prior to joining Stamps.com, Mr. Huebner was a management consultant at Bain & Company, from 1997 to 1999. From 1992 to 1995, Mr. Huebner served as a Research Analyst for J.P. Morgan, Inc. Prior to 1992, Mr. Huebner held various management positions with Melville Corporation.

Mr. Huebner received his B.A. in Mathematics from Dartmouth College and his MBA. from Harvard University.



**Michael Biswas** **Vice President – Information Technology**
Michael Biswas was named Vice President, Information Technology in September of 2005. Mr. Biswas was also Vice President of Operations from June 2005 to September 2005 and Director of Customer Support from April 2003 to June 2005, where he led a re-engineering of the support department and several other operations initiatives. Prior to joining Stamps.com, Mr. Biswas worked as Manager for TeleTech Telecommunications and as Director of Operations for Allbusiness.com.

Mr. Biswas studied Literature and Philosophy at California State University, Northridge.



**James M. Bortnak** **Vice President – Sales and Marketing**
James Bortnak was named Vice President, Sales and Marketing in January 2004. Previously, Mr. Bortnak served as Vice President, Business Development from March 2002 to January 2004, and as a senior member of the Business Development group since joining the Company in October 1999. Prior to joining Stamps.com, Mr. Bortnak practiced business law, focusing in the area of technology and start-up companies.

Mr. Bortnak holds an LLB from the University of British Columbia, and has been a member of the California Bar since 1997.

FREE OFFER
$80
$25 In Postage
$50 Digital Scale
$5 Supplies Kit
Start Trial
4 WEEK NO-RISK TRIAL
CANCEL ANYTIME

Calculate how much you could save.
vs. Postage Meter
vs. Post Office

Did You Know?
You can save up to 80% over Priority Mail when you mail books, DVDs, CDs, software and other media using Media Mail.



**Mike Boswell** **Vice President – Postal Affairs**
Mike Boswell joined Stamps.com in February 2003 to lead the company's relations with the U.S. Postal Service. Prior to joining Stamps.com, Mr. Boswell was the Vice President of Postal Relations for Neopost Group. Mr. Boswell brings to the company more than 30 years experience in both the Postal Service and the U.S. federal government, holding various executive positions including serving as the Deputy Chief Postal Inspector of the Postal Service.

Mr. Boswell holds a bachelor's degree in Business Administration from Memphis State University and completed the Program for Management Development at the Harvard Business School.



**John Clem** **Vice President – Product and Service Operations**
John Clem was named Vice President, Product and Service Operations in March 2006. Previously, Mr. Clem served as the Director of Corporate Strategy from March 2003 to February 2004 and as a Director of Marketing from March 2004 to February 2006 where he led the launch of Stamps.com's Package Insurance and PhotoStamps products. Prior to joining Stamps.com, Mr. Clem was a management consultant at Booz Allen & Hamilton from 2000-2003. Mr. Clem has also worked as an engineer and manager in the petrochemical and utilities industries.

Mr. Clem received his Bachelors Degree, with honors, in Mechanical Engineering from California State Polytechnic University at Pomona. Mr. Clem also received his MBA, with honors, from the Ross School of Business at The University of Michigan.



**JP Leon** **Vice President – Advanced Technology**
JP Leon joined Stamps.com in March 2003 to identify and develop new product and market opportunities for the application of Stamps.com's intelligent postage technology. In February 2005, Mr. Leon was also placed in the leadership role for the Company's research and development effort. Previously, Mr. Leon was the Chief Innovation Officer for the Neopost Group, Paris, France. Mr. Leon has more than 20 years of product development and engineering experience, the last seven of which were focused on developing new products for the PC Postage market.

Mr. Leon graduated with a BS degree in Engineering from Northern Arizona University and an MBA degree from California State University, Hayward.



**Seth Weisberg** **Vice President – General Counsel and Secretary**
Seth Weisberg has served as General Counsel, managing the company's legal and government affairs since March 2001, and has served the company as intellectual property counsel since March 1998. Mr. Weisberg previously was an associate at Irell & Manella LLP, worked as a software developer and founder at Shortcut Software, created physical computer models at RAND Corporation and was a high school teacher in the Mississippi Teacher Corps.

Mr. Weisberg holds a law degree from Columbia Law School, a master's degree in History from Harvard, a bachelor's degree in Physics and Astronomy from Harvard and a General Course Certificate from the London School of Economics.



reviewed by
site privacy statement

An approved licensed vendor
UNITED STATES POSTAL SERVICE
PC Postage

Copyright © 1998-2007 Stamps.com Inc.

EB 788767828 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | |
|---|---|---|
| PO ZIP Code | Day of Delivery: ☐ Next ☐ 2nd ☐ 2nd Del. Day | Postage $ |
| Date Accepted: Mo. Day Year | Scheduled Date of Delivery: Month Day | Return Receipt Fee $ |
| Time Accepted ☐ AM ☐ PM | Scheduled Time of Delivery: ☐ Noon ☐ 3 PM; Military: ☐ 2nd Day ☐ 3rd Day | COD Fee $ / Insurance Fee $ |
| Flat Rate ☐ or Weight: lbs. ozs. | Int'l Alpha Country Code | Total Postage & Fees $ / Acceptance Emp. Initials |

**DELIVERY (POSTAL USE ONLY)**

| | | |
|---|---|---|
| Delivery Attempt: Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt: Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Date: Mo. Day | Time ☐ AM ☐ PM | Employee Signature |

**CUSTOMER USE ONLY**

**PAYMENT BY ACCOUNT**
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ **WAIVER OF SIGNATURE** *(Domestic Mail Only)* Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

**NO DELIVERY** ☐ Weekend ☐ Holiday

Mailer Signature

**FROM:** (PLEASE PRINT) PHONE ( )

Vladimir Naumenko
[illegible] #27
[illegible] CA [illegible]

**TO:** (PLEASE PRINT) PHONE ( )

The Clerk's Office
717 Madison Pl.
N.W. Washington DC

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

2 0 0 0 5 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

EMS

United States Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20005
(202) 357-6406

| | |
|---|---|
| Name/Agency | Vladimir Naumenko |
| | |
| Check Number | 120 |

| Fund | | Amount |
|---|---|---|
| 085000 | Attorney Admission Fee | |
| 086900 | Filing Fees | 100 00 |
| 322340 | Sale of Publications | |
| 322350 | Copy Fees | |
| 322360 | Miscellaneous | |
| 322380 | Recoveries of Costs | |
| 6855XX | Deposit Fund | |
| 510000 | Fees for Judical Services | 150 00 |
| 086400 | Special Fund (Appeal Fees) | 200 00 |
| | | |

| Cash | Check | M.O. | OC | TOTAL | 450 00 |
|---|---|---|---|---|---|
| | ✓ | | | | |

Checks are accepted subject to collection and full credit will only be given when the check has been accepted by the financial institution on which it has been drawn.

| 067520 | Deputy Clerk Signature | Date |
|---|---|---|
| | Derek W[illegible] | 12/27/07 |